IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES MATUSZAK and<br>JAMES J. MATUSZAK<br><br>           Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>           Defendants. | :<br>:<br>:  CIVIL ACTION NO. 02-CV-3944<br>:<br>:<br>:<br>:<br>:  ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____       _____
Hope S. Freiwald                                        Aline Fairweather


_____       _____
Alison T. Conn                                            Kirstin J. Miller


Dated: August 19, 2002                  DECHERT PRICE & RHOADS
                                                   4000 Bell Atlantic Tower
                                                   1717 Arch Street
                                                   Philadelphia, PA  19103-2793
                                                   (215) 994-4000